UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 3 2004

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-03-230 |
| | § | (Claim No. 87536) |
| LAURA G. CISNEROS, | § | |
| | § | |
| Defendant. | § | |

## MOTION FOR ENTRY OF AGREED JUDGMENT

TO THE UNITED STATES DISTRICT JUDGE

COMES NOW United States of America ("USA"), plaintiff, and moves for entry of the agreed judgment signed by defendant Laura G. Cisneros.

WHEREFORE, plaintiff ask the court to sign the agreed judgment filed with this motion.

Respectfully Submitted,

By: _____
M. H. Cersonsky, TBA #04048500, SD#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorney for United States of America**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was sent on January 20, 2004, to:

Laura G. Cisneros
74 East Drive
Brownsville, Texas 78520

_____
M. H. Cersonsky