4

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| UNITED STATES OF AMERICA, | § |
|---|---|
| Plaintiff, | § |
| vs. | § CIVIL ACTION: B-03-230 |
| | § (Claim: C-87536) |
| LAURA G. CISNEROS, | § |
| Defendant. | § |

## Agreed Judgment

1. On the agreement of the parties, it is adjudged that the USA recover from Laura G. Cisneros:

    A. Principal of $2,500.00;
    B. Prejudgment interest of $1,259.25 to October 8, 1998, and daily accrual of $0.55 per diem until the date of judgment;
    C. Attorney's fees of $550.00;

    Post-judgment interest at __1.20__ % per annum.

    Cisneros will make monthly payments of $120.00, beginning February 28, 2004 and continue to make monthly payments in that amount on the same day of each month until paid in full.

2. Monthly payments will be mailed to:    Central Intake Facility
                                          United States Department of Justice
                                          P. O. Box 198558
                                          Atlanta, Georgia 30384.

3. Execution may issue immediately if the defendant defaults on payment.

    Signed: _____, 2004 at Brownsville, Texas.

    _____
    United States District Judge

Approved and Entry Requested:
By: _____        By: _____
M. H. Cersonsky, TBA#0408500, SBA #5082
Jim L. Garcia, TBA#07636700, SBA#8115           Laura G. Cisneros
5065 Westheimer, Suite 600                      74 East Drive
Houston, Texas 77056                            Brownsville, Texas 78520
Tel. (713) 840-1492 Fax (713) 840-0038
    Attorneys for the United States of America
Of Counsel: Alonso, Cersonsky & Garcia, P.C.